IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:10-CR-332-H

UNITED STATES OF AMERICA          :
                                  :
        v.                        :        **JUDGMENT**
                                  :
JOSEPH J. MARAK                   :

Pursuant to the Order of Forfeiture entered by the Court on August 11, 2011, judgment is hereby entered against defendant, JOSEPH J. MARAK, in the amount of $365,300.00. Post-judgment interest shall accrue at the rate of .16 %.

This 19th day of August 2011.

```
                                  _____
                                  DENNIS P. IAVARONE
                                  Clerk
                                  U. S. District Court
```